1  **ANDREW B. BRETTLER (BAR NO. 262928)**
   abrettler@lavelysinger.com
2  **ALLISON S. HART (BAR NO. 190409)**
   ahart@lavelysinger.com
3  **LAVELY & SINGER
   PROFESSIONAL CORPORATION**
4  2049 Century Park East, Suite 2400
   Los Angeles, California 90067-2906
5  Telephone:(310) 556-3501
   Facsimile: (310) 556-3615
6
   Attorneys for Defendant LOUIS ARRIOLA
7
   **KEVIN T. COLLINS (BAR NO. 185427)**
8  kcollins@buchalter.com
   **ALISSA R. PLEAU-FULLER (BAR NO. 258907)**
9  apleaufuller@buchalter.com
   **BUCHALTERA PROFESSIONAL
10 CORPORATION**
   500 Capitol Mall, Suite 1900
11 Sacramento, CA 95814
   Telephone:  (916) 945-5170
12
   Attorneys for Plaintiff ALTERNA CAPITAL
13 SOLUTIONS LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ALTERNA CAPITAL SOLUTIONS LLC, a Florida limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS ARRIOLA, an individual,<br><br>Defendant. | CASE NO.: **CV 20-7277-GW-AFMx**<br><br>[Hon. George H. Wu]<br><br>**ORDER REGARDING STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: August 12, 2020 |

1

[PROPOSED] ORDER REGARDING STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

# ORDER

Having read and considered the parties' Stipulation Extending Time for Defendant to Respond to Complaint, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant's deadline to file a responsive pleading in this action shall be extended to September 16, 2020.

IT IS SO ORDERED.

Dated: September 10, 2020

_____*[signature: George H. Wu]*_____

HON. GEORGE H. WU,
United States District Judge