JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALTERNA CAPITAL SOLUTIONS LLC, | Case No. CV 20-7277-GW-AFMx |
|---|---|
| Plaintiff, | **ORDER TO DISMISS WITHOUT PREJUDICE** |
| v. | |
| LOUIS ARRIOLA, | |
| Defendant. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: September 17, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE